**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JERRY BIESER, | ) |
| Plaintiff, | ) No. 4:12-CV-386-JAR |
| v. | ) |
| J.E. PHILLIPS & SONS, INC., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Following a telephone conference with the parties on April 17, 2013, the Court hereby denies the Joint Motion of Plaintiff and Defendant to Amend Scheduling Order [ECF No. 23] as moot and grants the Plaintiff's Motion for Leave to Disclose Expert Witness Outside the Scheduling Order. [ECF No. 18]

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion of Plaintiff and Defendant to Amend Scheduling Order [23] is **DENIED** as moot. The parties shall resubmit a joint motion to amend the case management order with a new trial date within five (5) days of the date of this order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Disclose Expert Witness Outside the Scheduling Order [18] is **GRANTED.**

Dated this _17th____ day of April, 2013.

_____
**JOHN A. ROSS**

**UNITED STATES DISTRICT JUDGE**